IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Daniels, Charles | Case Number: 07 B 15262 |
| | Judge: Squires, John H |
| Printed: 5/27/08 | Filed: 8/22/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 10, 2008
Confirmed: October 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 293.00 | |
| Secured: | | 100.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 177.18 |
| Trustee Fee: | | 15.82 |
| Other Funds: | | 0.00 |
| Totals: | 293.00 | 293.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,314.00 | 177.18 |
| 2. | Providian National Bank | Secured | 0.00 | 0.00 |
| 3. | Pan American Bank | Secured | 1,558.16 | 100.00 |
| 4. | Illinois Dept of Revenue | Priority | 178.64 | 0.00 |
| 5. | Internal Revenue Service | Priority | 500.00 | 0.00 |
| 6. | Illinois Dept Of Healthcare And Family | Priority | 6,753.62 | 0.00 |
| 7. | Illinois Dept Of Healthcare And Family | Priority | 3,771.03 | 0.00 |
| 8. | Illinois Dept Of Healthcare And Family | Unsecured | 362.44 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 56.96 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 340.00 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 2.99 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 104.47 | 0.00 |
| 13. | Check Recovery Systems | Unsecured | | No Claim Filed |
| 14. | Check Recovery Systems | Unsecured | | No Claim Filed |
| | | | $ 16,942.31 | $ 277.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 15.82 |
| | $ 15.82 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Daniels, Charles | Case Number:  07 B 15262 |
| | Judge:  Squires, John H |
| Printed:  5/27/08 | Filed:  8/22/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____